William H. Kelly, Appellant, v. Edwin Fadiman et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant,

and the motion granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.